UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: WHITE AND WILLIAMS LLP

SHG OF ILLINOIS, LLC D/B/A BBK MOTORSPORT, ETANO

Plaintiff(s)

Index # 17 CV 8320

- against -

Purchased October 27, 2017

SNAP ADVANCES LLC

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 15, 2017 at 11:52 AM at

497 ROCKAWAY AVENUE
SUITE 1
VALLEY STREAM, NY 11581

deponent served the within SUMMONS AND COMPLAINT WITH EXHIBITS on SNAP ADVANCES LLC therein named.

BY LEAVING A TRUE COPY WITH LESLIE "SMITH", SUPERVISOR, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 35 | 5'6 | 145 |
| GLASSES | | | | | |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: December 19, 2017

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

BRUCE KUSTKA

Invoice #: 685300

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728    NYCDCA#1102045

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK                                    Attorney: WHITE AND WILLIAMS LLP

---

SHG OF ILLINOIS, LLC D/B/A BBK MOTORSPORT, ETANO

                                       Plaintiff(s)

              - against -

                        Index # 17 CV 8320

SNAP ADVANCES LLC

                                    Defendant(s)

Purchased October 27, 2017

Mail Date December 19, 2017

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 19, 2017 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT WITH EXHIBITS to SNAP ADVANCES LLC at

ATTN: ALL MEMBERS
497 ROCKAWAY AVENUE, SUITE 1
VALLEY STREAM, NY 11581

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: December 19, 2017

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **BRUCE KUSTKA** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | Invoice #: 685300 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045