UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHG of ILLINOIS, LLC d/b/a BBK MOTORSPORT and    Case No. 7:17-CV-08320 (NSR)
BRIAN S. MARTIN,

                                                         **NOTICE OF APPEARANCE**
                  Plaintiffs,                      **ON BEHALF OF**
   -against-                                           **DEFENDANT SNAP**
                                                         **ADVANCES LLC**

SNAP ADVANCES LLC, and PEAK SOURCE LLC,

                  Defendants.
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that Jeffrey S. Boxer of Carter Ledyard & Milburn LLP appears for Defendant Snap Advances LLC in the above-referenced action, and demands that all notices, papers and pleadings to be served in this action be served upon counsel at the address set forth below.

Dated: New York, New York
       January 19, 2018

                                        Respectfully submitted,

                                        CARTER LEDYARD & MILBURN LLP

                                        By: _____
                                            Jeffrey S. Boxer
                                            Jacob H. Nemon
                                        Two Wall Street
                                        New York, New York 10005
                                        Tel. (212) 732-3200
                                        Fax (212) 732-3232
                                        Email  boxer@clm.com/ nemon@clm.com
                                        *Attorneys for Defendant Snap Advances LLC*

8208219.1