UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHG of ILLINOIS, LLC d/b/a BBK MOTORSPORT and   Case No. 7:17-CV-08320 (NSR)
BRIAN S. MARTIN,

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT SNAP ADVANCES LLC**

                Plaintiffs,

-against-

SNAP ADVANCES LLC, and PEAK SOURCE LLC,

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Jacob H. Nemon of Carter Ledyard & Milburn LLP appears for Defendant Snap Advances LLC in the above-referenced action, and demands that all notices, papers and pleadings to be served in this action be served upon counsel at the address set forth below.

Dated: New York, New York
       January 19, 2018

                                      Respectfully submitted,

                                      CARTER LEDYARD & MILBURN LLP

                                      By: _____
                                           Jeffrey S. Boxer
                                           Jacob H. Nemon
                               Two Wall Street
                               New York, New York 10005
                               Tel. (212) 732-3200
                               Fax (212) 732-3232
                               Email  boxer@clm.com/ nemon@clm.com
                               *Attorneys for Defendant Snap Advances LLC*

8208216.1