UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHG of ILLINOIS, LLC d/b/a BBK MOTORSPORT and
BRIAN S. MARTIN,

       Plaintiffs,

-against-

SNAP ADVANCES LLC, and PEAK SOURCE LLC,

       Defendants.
------------------------------------------------------------------X

Case No. 7:17-CV-08320 (NSR)

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT SNAP ADVANCES LLC**

  Pursuant Fed. R. Civ. P. Rule 7.1, Defendant Snap Advances LLC ("Snap") files its Corporate Disclosure Statement. Snap is wholly owned by Snap Advances Holdings LLC. No publicly held corporation owns more than 10% of Snap's membership interests.

Dated: New York, New York
   January 19, 2018

             Respectfully submitted,

             CARTER LEDYARD & MILBURN LLP

             By: _____
               Jeffrey S. Boxer
               Jacob H. Nemon
             Two Wall Street
             New York, New York 10005
             Tel. (212) 732-3200
             Fax (212) 732-3232
             Email  boxer@clm.com/ nemon@clm.com
             *Attorneys for Defendant Snap Advances LLC*