SHG OF ILLINOIS, LLC D/B/A BBK MOTORSPORT, ETANO

Plaintiff(s)

Index # 17 CV 8320 (NSR)

- against -

Purchased January 8, 2018

SNAP ADVANCES LLC, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 19, 2018 at 11:41 AM at

497 ROCKAWAY AVENUE
SUITE 1
VALLEY STREAM, NY 11581

deponent served the within SUMMONS AND AMENDED COMPLAINT on SNAP ADVANCES LLC therein named.

BY LEAVING A TRUE COPY WITH "JANE SMITH", RECEPTIONIST, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'5 | 115 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 6, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 |

**BRUCE KUSTKA**

Invoice #: 687143

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728    NYCDCA#1102045

---

SHG OF ILLINOIS, LLC D/B/A BBK MOTORSPORT, ETANO

                                        Plaintiff(s)

            - against -

SNAP ADVANCES LLC, ETANO

                                        Defendant(s)

Index # 17 CV 8320 (NSR)

Purchased January 8, 2018

Mail Date January 24, 2018

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 24, 2018 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND AMENDED COMPLAINT to SNAP ADVANCES LLC at

ATTN: ALL MEMBERS
497 ROCKAWAY AVENUE, SUITE 1
VALLEY STREAM, NY 11581

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: February 6, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**BRUCE KUSTKA**

Invoice #: 687143