UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: WHITE AND WILLIAMS LLP

---

SHG OF ILLINOIS, LLC D/B/A BBK MOTORSPORT, ETANO

Plaintiff(s)

Index # 17 CV 8320 (NSR)

- against -

Purchased January 8, 2018

SNAP ADVANCES LLC, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 19, 2018 at 11:24 AM at

641 LEXINGTON AVENUE
14TH FLOOR
NEW YORK, NY 10022

deponent served the within SUMMONS AND AMENDED COMPLAINT on PEAK SOURCE, LLC therein named.

BY LEAVING A TRUE COPY WITH NATHAN FRANCIS, PRESIDENT, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BROWN | 37 | 6' | 200 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 26, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 687142

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045